**Ex parte Arthur W. CLAY.**

No. 26798.

Court of Criminal Appeals of Texas.

Jan. 13, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The appeal is from the order of the County Court denying application for writ of habeas corpus and remanding relator to the custody of the Sheriff of Winkler County.

Appellant has now filed properly executed affidavit requesting that this appeal be dismissed. The request is granted and the appeal is dismissed.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful transportation of whiskey in a dry area; the punishment, a fine of $200.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.